Brian WILSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40618.

Missouri Court of Appeals,
Western District.

Dec. 20, 1988.

John Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and COVINGTON, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

AFFIRMED.   Rule 84.16(b).